IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GUARDIAN LIFE INS. CO. OF :     Case No. 4:13-CV-1038
AMERICA, :
                               :     (Judge Brann)
           Plaintiff, :
                               :     (Magistrate Judge Carlson)
    v. :
                               :
KAREN WELTEROTH, :
                               :
           Defendant. :

## ORDER

AND NOW, this 10th day of July, 2014, **IT IS ORDERED THAT:**

1.    The Report and Recommendation of Chief Magistrate Judge Martin
      C. Carlson, filed March 31, 2014, ECF No. 25, is adopted in its
      entirety.

2.    A telephonic status conference for scheduling purposes is scheduled
      for **July 22, 2014,** at **2:00 p.m.**

3.    Counsel for the plaintiffs shall initiate the call to Chambers at (570)
      323-9772.  At the time the call is placed, all counsel shall be on the
      line and prepared to proceed.

3.    Counsel shall confer prior to the status conference and
      attempt to agree with the dates referred to on the Court's calendar

attached.  The dates referred to on the calendar shall be strictly

complied with.  The parties are advised that once the deadlines have

been established extensions of those time periods will not be granted,

except under exceptional circumstances.


BY THE COURT:


s/Matthew W. Brann
Matthew W. Brann
United States District Judge

**Judge Brann's 2014 Calendar**

| ICMC | Discovery Deadline | Dispositive Motions & Supporting Briefs | Plaintiffs' Expert Reports | Defendants' Expert Reports | Supplemental /Rebuttal Expert Reports | Motions in Limine & Supporting Brief | Pre-trial memos & Proposed Voir Dire Questions & Proposed Jury Instructions | Final Pre-trial conference | Jury Selection/ Trial |
|---|---|---|---|---|---|---|---|---|---|
| | Apr 5, 2013 | Jun 7, 2013 | Sep 9, 2013 | Oct 8, 2013 | Oct 22, 2013 | Nov 5, 2013 | Nov 19, 2013 | Nov 26, 2013 | Jan 6, 2014 |
| | May 8, 2013 | Jul 8, 2013 | Oct 8, 2013 | Nov 8, 2013 | Nov 22, 2013 | Dec 6, 2013 | Dec 20, 2013 | Dec 30, 2013 | Feb 3, 2014 |
| | Jun 13, 2013 | Aug 13, 2013 | Nov 13, 2013 | Dec 13, 2013 | Dec 27, 2013 | Jan 10, 2014 | Jan 24, 2014 | Jan 31, 2014 | Mar 3, 2014 |
| | Jul 19, 2013 | Sep 20, 2013 | Dec 20, 2013 | Jan 20, 2014 | Jan 24, 2014 | Feb 7, 2014 | Feb 21, 2014 | Feb 28, 2014 | April 7, 2014 |
| | Aug 9, 2013 | Oct 10, 2013 | Jan 10, 2014 | Feb 10, 2014 | Feb 24, 2014 | Mar 10, 2014 | Mar 24, 2014 | Mar 31, 2014 | May 5, 2014 |
| | Sep 12, 2013 | Nov 12, 2013 | Feb 12, 2014 | Mar 12, 2014 | Mar 26, 2014 | Apr 9, 2014 | Apr 23, 2014 | Apr 30, 2014 | June 2, 2014 |
| | Oct 11, 2013 | Dec 11, 2013 | Mar 11, 2014 | Apr 11, 2014 | Apr 25, 2014 | May 9, 2014 | May 23, 2014 | May 30, 2014 | July 7, 2014 |
| | Nov 8, 2013 | Jan 9, 2014 | Apr 9, 2014 | May 9, 2014 | May 23, 2014 | Jun 9, 2014 | Jun 23, 2014 | Jun 30, 2014 | Aug 4, 2014 |
| April 2013 | Dec 13, 2013 | Feb 13, 2014 | May 13, 2014 | Jun 13, 2014 | Jun 27, 2014 | Jul 10, 2014 | Jul 24, 2014 | Jul 31, 2014 | Sep 2, 2014 |
| May 2013 | Jan 10, 2014 | Mar 11, 2014 | Jun 11, 2014 | Jul 11, 2014 | Jul 25, 2014 | Aug 8, 2014 | Aug 22, 2014 | Aug 29, 2014 | Oct 6, 2014 |
| Jun 2013 | Feb 7, 2014 | Apr 11, 2014 | July 11, 2014 | Aug 12, 2014 | Aug 26, 2014 | Sep 9, 2014 | Sep 23, 2014 | Sep 30, 2014 | Nov 3, 2014 |
| Jul 2013 | Mar 14, 2014 | May 12, 2014 | Aug 12, 2014 | Sep 12, 2014 | Sep 26, 2014 | Oct 10, 2014 | Oct 24, 2014 | Oct 31, 2014 | Dec 1, 2014 |

## Judge Brann's 2015 Calendar

| ICMC | Discovery Deadline | Dispositive Motions & Supporting Briefs | Plaintiffs' Expert Reports | Defendants' Expert Reports | Supplemental /Rebuttal Expert Reports | Motions in Limine & Supporting Brief | Pre-trial memos & Proposed Voir Dire Questions & Proposed Jury Instructions | Final Pre-trial conference | Jury Selection/ Trial |
|---|---|---|---|---|---|---|---|---|---|
|  | Apr 23, 2014 | Jun 23, 2014 | Sep 22, 2014 | Oct 6, 2014 | Oct 20, 2014 | Nov 3, 2014 | Nov 17, 2014 | Nov 24, 2014 | Jan 5, 2015 |
|  | May 28, 2014 | Jul 28, 2014 | Oct 27, 2014 | Nov 10, 2014 | Nov 24, 2014 | Dec 8, 2014 | Dec 22, 2014 | Dec 29, 2014 | Feb 2, 2015 |
|  | Jun 25, 2014 | Aug 25, 2014 | Nov 24, 2014 | Dec 8, 2014 | Dec 22, 2014 | Jan 5, 2015 | Jan 16, 2015 | Jan 26, 2015 | Mar 2, 2015 |
|  | Jul 22, 2014 | Sep 22, 2014 | Dec 22, 2015 | Jan 5, 2015 | Jan 20, 2015 | Feb 2, 2015 | Feb 13, 2015 | Feb 23, 2015 | Apr 6, 2015 |
| Dec 2013 | Aug 27, 2014 | Oct 27, 2014 | Jan 26, 2015 | Feb 9, 2015 | Feb 23, 2015 | Mar 9, 2015 | Mar 23, 2015 | Mar 30, 2015 | May 4, 2015 |
| Jan 2014 | Sep 24, 2014 | Nov 24, 2014 | Feb 23, 2015 | Mar 9, 2015 | Mar 23,2015 | Apr 6, 2015 | Apr 20, 2015 | Apr 27, 2015 | Jun 1, 2015 |
| Feb 2014 | Oct 30, 2014 | Dec 30, 2014 | Mar 30, 2015 | Apr 13, 2015 | Apr 20, 2015 | May 4, 2015 | May 18, 2015 | May 26, 2015 | Jul 6, 2015 |
| Mar 2014 | Nov 28, 2014 | Jan 27, 2015 | Apr 27, 2015 | May 11, 2015 | May 26, 2015 | Jun 8, 2015 | Jun 22, 2015 | Jun 29, 2015 | Aug 3, 2015 |
| Apr 2014 | Dec 29, 2015 | Feb 27, 2015 | May 30, 2015 | Jun 8, 2015 | Jun 22, 2015 | Jul 6, 2015 | Jul 20, 2015 | Jul 27, 2015 | Sep 8, 2015 |

| May 2014 | Jan 30, 2015 | Mar 30, 2015 | Jun 29, 2015 | Jul 13, 2015 | Jul 27, 2015 | Aug 10, 2015 | Aug 24, 2015 | Aug 31, 2015 | Oct 5, 2015 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Jun 2014 | Feb 27, 2015 | Apr 27, 2015 | Jul 27, 2015 | Aug 10, 2015 | Aug 24, 2015 | Sep 4, 2015 | Sep 21, 2015 | Sep 28, 2015 | Nov 2, 2015 |
| Jul 2014 | Mar 23, 2015 | May 22, 2015 | Aug 24, 2015 | Sep 4, 2015 | Sep 21, 2015 | Oct 5, 2015 | Oct 19, 2015 | Oct 26, 2015 | Dec 7, 2015 |